IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 08-cv-00265-WDM-MEH

BRADDOCK FINANCIAL CORPORATION,

     Plaintiff,

v.

WASHINGTON MUTUAL BANK,

     Defendant.

_____

## ORDER OF RECUSAL
_____

     Pursuant to 28 U.S.C. § 455 the undersigned recuses himself for service in the above captioned matter because of his relationship with one or more of the involved attorneys and directs that this case be returned to the Clerk for reassignment by random draw.

     DATED at Denver, Colorado, on March 21, 2008.

                              BY THE COURT:


                              s/ Walker D. Miller
                              United States District Judge