IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00265-WYD-MEH

BRADDOCK FINANCIAL CORPORATION,

    Plaintiff,

v.

WASHINGTON MUTUAL BANK,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Withdrawal of Unopposed Motion for Administrative Closure Pursuant To Rule 41.2 [doc. #68], filed October 30, 2009 is **GRANTED**.  The parties' Unopposed Motion for Administrative Closure Pursuant To Rule 41.2 [doc. #67], filed October 29, 2009 is **WITHDRAWN**.

    Dated:  October 30, 2009.