IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00265-WYD-MEH

BRADDOCK FINANCIAL CORPORATION, on behalf of Galena Street Fund, L.P.,

    Plaintiff,

v.

WASHINGTON MUTUAL BANK,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 2, 2009.**

    Plaintiff's Unopposed Motion for Extension of Stay or, in the Alternative, Extension of Time for Joinder of Parties and Amendment of Pleadings [filed October 30, 2009; docket #70] is **granted**. The stay imposed by the Court on September 14, 2009 [docket #65], is extended up to and including **November 30, 2009**, for the reasons stated in Plaintiff's motion.

    A Telephonic Status Conference is hereby set for Thursday, **December 3, 2009**, at **9:30 a.m.** The parties shall conference together and call Chambers at (303) 844-4507 at the designated time.