IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-00265-WYD-MEH

BRADDOCK FINANCIAL CORPORATION,

    Plaintiff,

v.

WASHINGTON MUTUAL BANK,

    Defendant.

## ORDER

    This matter is before the Court on Plaintiff's Unopposed Motion for Administrative Closure Pursuant to Rule 41.2, filed December 22, 2009 [#87].  Upon a review of the motion and the file, it appears that the case should be administratively closed.  Accordingly, it is

    ORDERED that, pursuant to D.C.COLO.LR 41.2, this case is administratively closed to be reopened for good cause shown.  It is

    FURTHER ORDERED that a status report shall be filed on or before **Friday, June 25, 2010**.

    Dated:  December 22, 2009

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Chief United States District Judge